

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

Nos. 04-22-00409-CV, 04-22-00410-CV

Jim **KIRKLAND** and Joe Kirkland,
Appellants

v.

**V & S TOTAL TRADE, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court Nos. 2022CV01025, 2022CV01033
Honorable Kevin Henderson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgments are VACATED IN PART and REVERSED AND RENDERED IN PART. We vacate the portion of the trial court's judgments pertaining to possession. We reverse the portion of the trial court's judgments awarding attorney's fees, and render judgment that Total Trade recover no attorney's fees in each cause. Costs of appeal are taxed against the party who incurred them.

SIGNED June 12, 2024.

_____
Irene Rios, Justice